# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| **EDEKKA LLC,**<br><br>                    Plaintiff,<br><br>v.<br><br>**APPLE INC.,**<br><br>                    Defendant. | Case No. 2:13-cv-969<br><br>**LEAD CASE** |
| **EDEKKA LLC,**<br><br>                    Plaintiff,<br><br>v.<br><br>**TARGET CORPORATION,**<br>                    Defendant. | Case No. 2:13-cv-985 |

## ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS BETWEEN PLAINTIFF EDEKKA LLC AND DEFENDANT TARGET CORPORATION

On this day, the Court considered the Agreed Motion for Dismissal with Prejudice of All Claims Between Plaintiff eDekka LLC ("eDekka"), and Defendant Target Corporation ("Target"). Having considered the Agreed Motion and the pleadings in this case, the Court is of the opinion that the Agreed Motion (Dkt. No. 47) should be, and is hereby, GRANTED.

It is, therefore, ORDERED that this action and all claims and counterclaims asserted in this suit between eDekka and Target are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, attorney's fees and expenses.

**So ORDERED and SIGNED this 23rd day of April, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE